# SUSSMAN & GOLDMAN
## ~Attorneys at Law~

---

1 Railroad Avenue, Suite 3, P.O. Box 1005, Goshen, New York 10924
(845) 294-3991 [Tel]
(845) 294-1623 [Fax]
info@sussman.law

**Michael H. Sussman**
**Jonathan R. Goldman**
**Eli D. Siems**

**Christopher D. Watkins**
**Mary Jo Whateley**
*Of Counsel*

**Rasheed Hosein**
**Paralegal**

**Monica Ponce-Agredano**
*Legal Assistant*

3/12/23

Hon. Vincent Briccetti
United states District Court – SDNY
300 Quarropas Street
White Plains, NY 10601

Re: *Mora v. NYSUCS, et al., 22 cv 10322*

Dear Judge Briccetti,

Pursuant to the court's order filed on March 2, 2023, plaintiff intends to file his First Amended Complaint by or before March 27, 2023.

Thank you for your consideration in these regards.

Respectfully,

Michael H. Sussman

cc: All counsel of record by ECF