**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
FRANK MORA,

                      Plaintiffs,

    -against-                                         22 **CIVIL** 10322 (VB)

                                                                    **JUDGMENT**

NEW YORK STATE UNIFIED COURT SYSTEM,
OFFICE OF COURT ADMINISTRATION; TAMIKO
AMAKER, ANNE MINIHAN; LAWRENCE MARKS;
JUSTIN BARRY; NANCY BARRY; ROSEMARY
MARTINEZ-BURGES; JENNIFER DILALLO; SHAWN
KERBY; KEITH MILLER; LINDA DUNLAP-MILLER;
SCOTT MURPHY; MICHELLE SMITH; JOHN
SULLIVAN; and DAN WEITZ,

                      Defendants.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 19, 2023, the motions to dismiss are GRANTED and the case is closed.

**Dated:**  New York, New York

      September 19, 2023

                                                               **RUBY J. KRAJICK**
                                                                **Clerk of Court**

                           **BY:** _____
                                                                  **Deputy Clerk**